IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GABRIEL M. ROSS**                                                                                          **PLAINTIFF**

**v.**                                                      **CIVIL ACTION NO. 1:21-cv-207-TBM-RPM**

**HARRISON COUNTY POLICE DEPARTMENT;**
**MISSISSIPPI POWER; GARDEN PARK HOSPITAL; and**
**VITALCORE HEALTH STRATEGIES LLC**                                           **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Memorandum and Order of Dismissal issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 14th day of September, 2022.

                                                                       _____
                                                                       TAYLOR B. McNEEL
                                                                       UNITED STATES DISTRICT JUDGE